# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 16, 2018

## NO. 03-17-00665-CV

### In the Matter of C. Z.

**APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
AFFIRMED -- OPINION BY JUSTICE FIELD**

This is an appeal from the order signed by the juvenile court transferring appellant to the Texas Department of Criminal Justice. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the juvenile court's order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.